Matter of Jayron J. (Ronecia H.) (2026 NY Slip Op 01638)

Matter of Jayron J. (Ronecia H.)

2026 NY Slip Op 01638

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, NOWAK, AND DELCONTE, JJ.

30 CAF 24-01868

[*1]IN THE MATTER OF JAYRON J., JAYAIRE J., JAYDEN J. AND JAYLEN J. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT;
andRONECIA H., RESPONDENT-APPELLANT. (APPEAL NO. 1.)

CAITLIN M. CONNELLY, BUFFALO, FOR RESPONDENT-APPELLANT.
JULIE VILJOEN, BUFFALO, FOR PETITIONER-RESPONDENT. 

 Appeal from a decision of the Family Court, Erie County (Shannon E. Filbert, J.), dated October 15, 2024, in a proceeding pursuant to Family Court Act article 10. The decision, among other things, adjudged that respondent had abused her child Jayden J. and had derivatively abused Jayron J., Jaylen J. and Jayaire J. 
It is hereby ED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Jayron J. (Ronecia H.) ([appeal No. 2] — AD3d — [Mar. 20, 2026] [4th Dept 2026]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court